REBECCA EISEN, State Bar No. 96129
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
reisen@morganlewis.com

LAUREN S. KIM, State Bar No. 210572
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
lkim@morganlewis.com

Attorneys for Defendants
P.F. CHANG'S CHINA BISTRO, INC. AND
erroneously named P.F. CHANG'S III, LLC

MATTHEW R. BAINER, State Bar No. 220972
HEATHER E. ABELSON, State Bar No. 243691
SCOTT COLE & ASSOCIATES, APC
1970 Broadway, Ninth Floor
Oakland, CA 94612
Tel: 510.891.9800
Fax: 510.891.7030
mbainer@scalaw.com
habelson@scalaw.com

Attorneys for Plaintiff
IAN DUBEE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IAN DUBEE, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>P.F. CHANG'S CHINA BISTRO, INC., P.F. CHANG'S III, LLC, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. C10-01937 WHA<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF IAN DUBEE'S COMPLAINT**<br><br>[L.R. 6-1] |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21722920.1

JOINT STIPULATION TO EXTEND TIME
TO RESPOND TO PLAINTIFF'S COMPLT.
CASE NO. C10-01937 WHA

1  WHEREAS, Plaintiff Ian Dubee ("Plaintiff") filed a Complaint in the above-captioned
2  action (the "Complaint") in Alameda Superior Court on March 26, 2010;
3  WHEREAS, Plaintiff personally served the Complaint upon the agent for service of
4  process for Defendants P.F. Chang's China Bistro, Inc. and P.F. Chang's III, LLC (collectively,
5  "Defendants") on April 5, 2010;
6  WHEREAS, Defendants removed the action to this Court on May 5, 2010;
7  WHEREAS, on May 11, 2010, the parties submitted a Joint Stipulation extending
8  Defendants' deadline to file a responsive pleading to the Complaint from May 12, 2010 to May
9  26, 2010 pursuant to Local Rule 6-1(a);
10  WHEREAS, Plaintiff has indicated a possibility that he will be amending his Complaint
11  and thus is willing to give Defendants a further extension of time to file and serve their responsive
12  pleading to Plaintiff's Complaint from May 26, 2010 to June 18, 2010;
13  WHEREAS, the extension of time will not alter any event or deadline set by this Court in
14  this case.
15  NOW WHEREFORE, the parties hereby stipulate and agree pursuant to Local Rule 6-1
16  that the last day for Defendants to file and serve their responsive pleading to Plaintiff's Complaint

23  //
24  //
25  //
26  //
27  //
28  //

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21722920.1            1            JOINT STIPULATION TO EXTEND TIME
TO RESPOND TO PLAINTIFF'S COMPLT.
CASE NO. C10-01937 WHA

shall be extended from May 26, 2010 to June 18, 2010.

**IT IS SO STIPULATED.**

Dated: May 21, 2010                                  MORGAN, LEWIS & BOCKIUS LLP


By  /s/ Lauren S. Kim
   Lauren S. Kim
   Attorneys for Defendants
   P.F. CHANG'S CHINA BISTRO, INC.
   AND erroneously named P.F. CHANG'S
   III, LLC


Dated: May 21, 2010                                  SCOTT COLE & ASSOCIATES, APC


By  /s/ Matthew R. Bainer
   Matthew R. Bainer
   Attorneys for Plaintiff
   IAN DUBEE

### ORDER

On stipulation of the parties, and good cause appearing therefor:

**IT IS SO ORDERED.**

Dated: May 27, 2010

Hon. William H. Alsup
United States District Judge

APPROVED
Judge William Alsup