**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IAN DUBEE, individually and on behalf
of all others similarly situated,

        Plaintiff,

  v.

P.F. CHANGS CHINA BISTRO, INC.,
P.F. CHANG'S III, LLC, and DOES I
through 100, inclusive,

        Defendants.

No. C 10-01937 WHA

**ORDER RESETTING CASE
MANAGEMENT CONFERENCE**

Due to defense counsel's inability to attend the case management conference on August 12, 2010, the Court **MOVES** the case management conference to **AUGUST 5, 2010, AT 11:00 A.M.**  Please file a joint statement no later than seven days prior.  All deadlines are adjusted accordingly.

**IT IS SO ORDERED.**

Dated:  July 16, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE