IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IAN DUBEE, individually, and on behalf of all others similarly situated,

    Plaintiff,

  v.

P.F. CHANGS CHINA BISTRO, INC., P.F. CHANG'S III, LLC, and DOES 1 through 100, inclusive,

    Defendants.

No. C 10-01937 WHA

**ORDER DENYING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

Thirty days is much too long to continue the case management conference, currently set for August 5, 2010, at 11:00 a.m. Since lead counsel cannot attend this conference, the Court suggests that one of the many other attorneys of record on either side attend.

**IT IS SO ORDERED.**

Dated: July 27, 2010.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE