IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IAN DUBEE, individually and on behalf of all others similarly situated,

    Plaintiff,

  v.

P.F. CHANG'S CHINA BISTRO, INC., P.F. CHANG'S III, LLC, and DOES 1 through 100, inclusive,

    Defendants.

No. C 10-01937 WHA

**ORDER SETTING HEARING ON PLAINTIFF'S DISCOVERY DISPUTE**

    The Court hereby **SETS** a further meet-and-confer starting from **8:00 A.M. TO 11:00 A.M. ON WEDNESDAY, OCTOBER 20, 2010**, in the Court's jury room on the nineteenth floor. At **11:00 A.M.**, the Court shall hold a hearing to resolve any remaining issue(s). Defendant's response is due by 9:00 a.m. on October 19.

    Please note only those lawyers who personally attend the meet-and-confer in the Court's jury room may argue at the hearing.

    **IT IS SO ORDERED.**

Dated: October 15, 2010.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE