IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IAN DUBEE, individually and on behalf
of all others similarly situated,

    Plaintiff,

  v.

P.F. CHANG'S CHINA BISTRO, INC.,
P.F. CHANG'S III, LLC, and
DOES 1 through 100, inclusive,

    Defendants.

No. C 10-01937 WHA

**ORDER REGARDING DISCOVERY DISPUTE**

As the parties stated on the record at the discovery dispute hearing held today, defendants have agreed to clarify their initial disclosures and the parties have agreed to a further meet and confer to resolve the dispute. In light of this agreement, plaintiff's request for an order compelling defendants to make "complete disclosures" is deemed **WITHDRAWN** and is **DENIED**.

**IT IS SO ORDERED.**

Dated: October 20, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE