IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IAN DUBEE, individually and on behalf
of all others similarly situated,

    Plaintiff,

  v.

P.F. CHANG'S CHINA BISTRO, INC/,
P.F. CHANG'S III, LLC, and DOES 1
through 100, inclusive,

    Defendants.
    _____/

No. C 10-01937 WHA

**ORDER SETTING HEARING ON PLAINTIFF'S DISCOVERY DISPUTE**

    The Court hereby **SETS** a further meet-and-confer for **TUESDAY, NOVEMBER 16, 2010,** starting from **8:30 A.M. AND ENDING AT 11:30 A.M.** in the Attorney's Lounge on the eighteenth floor of the federal courthouse. Counsel must stop off in chambers at 8:30 a.m. prior to the meet-and-confer to inform the Court that the meet-and-confer is taking place. The Court shall hold a hearing at 11:30 a.m. that same day to resolved any remaining issue(s). Defendants' response is due by **NOON ON NOVEMBER 15**.

    Please note that only lawyers who personally participate in the meet-and-confer in the Attorney's Lounge may be heard at the hearing.

    **IT IS SO ORDERED.**

Dated: November 12, 2010.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE