IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IAN DUBEE, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

P.F. CHANG'S CHINA BISTRO, INC., P.F. CHANG's III, LLC, and DOES 1 through 100, inclusive,

    Defendants.

No. C 10-01937 WHA

**ORDER REGARDING DISCOVERY DISPUTE**

Plaintiff's request for production of documents is denied regarding the categories of documents that defendants did not agree to produce at the hearing on November 16, 2010. Plaintiff may depose two of defendants' managers and may renew his document requests and motion after these depositions.

**IT IS SO ORDERED.**

Dated: November 16, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE