IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IAN DUBEE, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>P.F. CHANG'S CHINA BISTRO, INC., P.F. CHANG'S III, LLC, and DOES 1 through 100, inclusive,<br><br>  Defendants. | No. C 10-01937 WHA<br><br>**ORDER REGARDING JOINT STIPULATION TO DISMISS CLASS ALLEGATIONS** |

The parties have stipulated to allow plaintiff to dismiss the class allegations from his complaint and to file an amended complaint as an individual. Counsel for both sides must file a definitive statement under oath specifying whether compensation has or will be provided to either side — parties or counsel — in any form in connection with this case. If the answer is that no such compensation has or will be provided then counsel must disavow any side payments or compensation of any type. A hearing may be required in which case the Court may possibly require counsel to testify under oath. Counsel shall state whether any notice to the purported class is contemplated. Counsel shall provide the Court with all agreements between the parties related to this case. These responses are due on **JANUARY 25, 2011, AT NOON**.

**IT IS SO ORDERED.**

Dated: January 18, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE