IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IAN DUBEE, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>P.F. CHANG'S CHINA BISTRO, INC., P.F. CHANG'S III, LLC, and DOES 1 through 100, inclusive,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　／ | No. C 10-01937 WHA<br><br>**ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT** |

The parties have stipulated to allow plaintiff to dismiss the class allegations from his complaint and to file a second amended complaint as an individual. Pursuant to the parties' stipulation (Dkt. No. 57), the order requiring declarations from counsel for both sides (Dkt. No. 58), and the subsequent declarations of counsel (Dkt. Nos. 59–60), plaintiff is granted leave to file his proposed new complaint (Dkt. No. 57-1), as his second amended complaint within five days of this order.

**IT IS SO ORDERED.**

Dated: January 26, 2011.

　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE